UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CALIBER HOME LOANS, INC.,

   Plaintiff,

v.                                  CASE NO.

AMERICAN PORTFOLIO MORTGAGE
CORPORATION,

   Defendant.
_____/

## COMPLAINT FOR BREACH OF LEASE

Plaintiff, CALIBER HOME LOANS, INC., sues Defendant, AMERICAN PORTFOLIO MORTGAGE CORPORATION, and alleges:

### PRELIMINARY STATEMENT

1. This is an action for breach of a sublease on non-residential, commercial real property located in Coral Gables, Miami-Dade County, Florida.

### JURISDICTION, VENUE, AND PARTIES

2. Plaintiff Caliber Home Loans, Inc. is a Delaware corporation with its principal place of business in Texas.

3. Defendant American Portfolio Mortgage Corporation is a Nevada corporation with its principal place of business in Illinois.

4. This Court has subject matter jurisdiction over this action under 28 U.S.C § 1332(a)(1) because it is a civil action between citizens of different states and the amount in controversy exceeds $75,000.

5. Venue is proper in this District under 28 U.S.C. § 1391(b)(2) because a substantial part of the events or omissions giving rise to the claim occurred in this District.

1

## COUNT I – BREACH OF SUBLEASE

6. Caliber Home Loans, Inc. is the primary tenant of the non-residential, commercial real property located at 1701 Pone De Leon Blvd., Suite 400, Coral Gables, FL 33134. American Portfolio Mortgage Corporation is the subtenant on that property.

7. Caliber Home Loans, Inc. and American Portfolio Mortgage Corporation executed a sublease agreement on May 31, 2022, whereby American Portfolio Mortgage Corporation agreed to sublease the property from Caliber Home Loans, Inc. for a term running from June 1, 2022 through November 30, 2025. A true and correct copy of the Sublease Agreement is attached as **Exhibit A**. The expiration of the Sublease Agreement remains November 30, 2025.

8. The Sublease Agreement obligated American Portfolio Mortgage Corporation to pay monthly rent to Caliber Home Loans, Inc. in amounts specified in that agreement.

9. Caliber Home Loans, Inc. fully performed under the Sublease Agreement by making the property available to American Portfolio Mortgage Corporation pursuant to the terms of the Sublease Agreement.

10. American Portfolio Mortgage Corporation breached the Sublease Agreement by failing to timely pay all rent due to Caliber Home Loans, Inc. The last rental payment made on the Sublease Agreement was received on November 29, 2023.

11. As of September 1, 2024, there is due and owing from American Portfolio Mortgage Corporation to Caliber Home Loans, Inc. the total amount of $333,181.14 in unpaid rent, late charges, plus other charges, costs, and expenses due and owing to Caliber Home Loans, Inc. under the Sublease Agreement.

12. All conditions precedent to the commencement of this action have occurred or been performed.

13. Caliber Home Loans, Inc. is obligated to pay its attorneys a reasonable fee for their services. Caliber Home Loans, Inc. is entitled to recover its attorneys' fees pursuant to the express terms of the Sublease Agreement.

WHEREFORE, Caliber Home Loans, Inc. requests that the Court calculate the amount due to Caliber Home Loans, Inc. for unpaid rent, plus any other charges, costs, and expenses due and owing under the Sublease Agreement, including attorneys' fees and costs, as of the date of final judgment, and enter final judgment in favor of Caliber Home Loans, Inc. in that amount.

Respectfully Submitted,

ATLAS | SOLOMON, PLLC

By: */s/ Eric M. Levine*
Eric M. Levine, Esq. (Lead Counsel)
Florida Bar No. 64357
819 SW Federal Highway, Suite 301
Stuart, FL 34994
Telephone: (772) 247-0157
Facsimile: (772) 419-8067
servicemailbox@atlas-solomon.com
elevine@atlas-solomon.com

*Counsel for Caliber Home Loans, Inc.*